## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Almarko Taylor, | Case No. |
| Plaintiff, | |
| v. | |
| Green Tree Loan Servicing, LLC<br>c/o CT Corporation Service<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604, | **COMPLAINT** |
| Defendant. | **Jury Demand Requested** |

### JURISDICTION AND VENUE

1- This court has jurisdiction pursuant to 28 U.S.C. §1331 and 15 U.S.C. §1692k(d).

2- Venue is proper because a substantial part of the events giving rise to this claim occurred

in this District.

### PARTIES

3- Plaintiffs are residents of the State of Illinois.

4- Plaintiffs incurred an obligation to pay money, the primary purpose of which was for

personal, family, or household uses (the ōDebtö).

5- Defendant is a corporation with its principal place of business in the State of Delaware.

6- Defendant acquired the Debt after default and is, therefore, subject to the FDCPA.

7- Defendant uses instruments of interstate commerce for its principal purpose of business,

which it the collection of debts.

8- Defendant regularly attempts to collects, or attempts to collect, debts owed or due another.

9- At all times relevant, Defendant owned the Debt or was retained to collect the Debt.

### FACTS COMMON TO ALL COUNTS

10- On or around July 7, 2010, Plaintiff filed a voluntary bankruptcy petition.

11- In or around December 2014, Defendant acquired the Debt from Bank of America.

12- Upon transferring the Debt to Defendant, Bank of America sent more than $14,000 to be applied to Plaintiff's account.

13- Since receiving Plaintiff's account, Defendant has failed to appropriately account for Plaintiff's monthly payments, including the funds transferred from Bank of America.

14- To date, despite receiving regular payments, Defendant continues to report Plaintiff's account in default and threatens foreclosure.

15- On or around May 20, 2015, Defendant sent Plaintiff a letter stating that Plaintiff was $4,188.28 cents overdue and that she had no submitted any monthly payments between 2/01/2015 and 5/1/2015. In this letter, Defendant threatened to accelerate the loan and initiate foreclosure proceedings.

16- On or around October 1, 2015, Defendant sent Plaintiff a letter claiming that Plaintiff now owed $7,327.62.

17- Upon information and belief, the amount Defendant claims as owed includes amounts that were illegally assessed while Plaintiff's bankruptcy was pending.

18- Defendant damaged Plaintiff.

19- Defendant violated the FDCPA.

## COUNT I

20- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

21- Defendant violated 15 USC § 1692e(2) by misrepresenting the amount of the debt owed.

## COUNT II

22- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

23- Defendant violated 15 USC § 1692e(10) by making false representations during the collection, or attempted collection, of a debt.

## COUNT III

24- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

25- Defendant violated 15 USC § 1692f by engaging in unfair and unconscionable practices to collect a debt.

## JURY DEMAND

26- Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

27- Plaintiff prays for the following relief:

    a. Judgment against Defendant for Plaintiff's actual damages, as determined at trial, suffered as a direct and proximate result Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

    b. Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(2)(A);

    c. Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

    d. Any other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Meier LLC

By: */s/ Richard J. Meier*
Richard J. Meier, Esq.
53 W. Jackson Blvd, Suite 304
Chicago, IL 60604
Tel: 312-242-1849
Fax: 312-242-1841
Richard@meierllc.com
*Attorney for Plaintiff*